UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-cv-00076-FDW

| | | |
|---|---|---|
| LISA ANN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| COMMISSIONER OF SOCIAL SECURITY , | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Consent Motion for Entry of Judgment

with Remand Under Sentence Four of 42 U.S.C. § 405(g). (Doc. No. 17). For the reasons stated

in the motion, to which Plaintiff consents, it is GRANTED.

IT IS THEREFORE ORDERED that the final decision of the Commissioner is reversed

and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to

sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The Clerk is

respectfully directed to terminate all pending motions and CLOSE THE CASE.

IT IS SO ORDERED.

Signed: March 2, 2022

Frank D. Whitney
United States District Judge

1